UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Shannen Vazquez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kohl's, Inc.<br><br>　　　　Defendant. | Case No.: 2:22-cv-00735-JAM-JDP<br><br>**ORDER GRANTING STIPULATION** |

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appear, it is hereby ORDERED that:

1. Plaintiff shall have to August 16, 2022 to file a motion to strike Defendant's affirmative defenses.

IT IS SO ORDERED.

DATED: July 11, 2022　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT COURT JUDGE