UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Shannen Vazquez,<br><br>                    Plaintiff,<br><br>    v.<br><br>Kohl's, Inc.,<br><br>                    Defendants. | Case No. 2:22-cv-00735-JAM-JDP<br><br>(Assigned to Hon. John A. Mendez)<br><br>**ORDER GRANTING DEFENDANT LEAVE TO FILE AMENDED ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Action Filed:    April 29, 2022<br>Trial Date:       June 26, 2023 |

## **ORDER**

FOR GOOD CAUSE SHOWN, and based upon the Joint Motion of the parties, it is hereby ordered that:

1.   Defendant Kohl's, Inc. ("Defendant" or "Kohl's") shall file its Amended Answer and Defenses ("Amended Answer") to the Complaint and Demand for Jury Trial ("Complaint") [Doc. No. 1] filed by Plaintiff, Shannen Vazquez ("Plaintiff").

**Error! Unknown document property name.**

2. Defendant shall file its Amended Answer within ten (10) days of this Order.

**IT IS SO ORDERED.**

DATED:  August 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**Error! Unknown document property name.**