

# United States District Court
# Eastern District of California

| Shannen Vazquez, | Case Number: 2:22-cv-00735-JAM-JDP |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Kohl's, Inc., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Bridget M. Polloway** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Kohl's, Inc.

On **01/18/2001** (date), I was admitted to practice and presently in good standing in the **State of New York** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **10/19/2022**        Signature of Applicant: /s/ **Bridget M. Polloway**

**Pro Hac Vice Attorney**

Applicant's Name: Bridget M. Polloway
Law Firm Name: Kelley Drye & Warren LLP
Address: 1 Jefferson Road

City: Parsippany  State: NJ  Zip: 07054
Phone Number w/Area Code: (973) 503-5903
City and State of Residence: Shrewsbury, NJ
Primary E-mail Address: bpolloway@kelleydrye.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Becca Wahlquist
Law Firm Name: Kelley Drye & Warren LLP
Address: 350 South Grand Avenue  Suite 3800

City: Los Angeles  State: CA  Zip: 90071
Phone Number w/Area Code: (213) 547-4916  Bar #: 215948

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 21, 2022          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE