1 | Joe Angelo (Bar No. 268542)
2 | jangelo@gajplaw.com
  | Gale, Angelo, Johnson, & Pruett, P.C.
  | 1430 Blue Oaks Blvd., Ste. 250
3 | Roseville, California 95747
  | Telephone: 916-290-7778
4 | Facsimile: 916-721-2767

5 | Attorneys for Plaintiff
  | Shannen Vazquez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SHANNEN VAZQUEZ, | Case No.: 2:22-cv-00735-JAM-JDP |
| Plaintiff, | |
| vs. | **ORDER** |
| KOHL'S, INC. | |
| Defendant. | |

**ORDER**

Pursuant to the stipulation of the Parties, Kohl's, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  January 26, 2023           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE